**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **HARVEY CANTRELL,** | |
| **Plaintiff,** | |
| **v.** | **Case No. 3:21-CV-1282-NJR** |
| **COMMISSIONER OF SOCIAL SECURITY,** | |
| **Defendant.** | |

## <u>MEMORANDUM AND ORDER</u>

**ROSENSTENGEL, Chief Judge:**

This matter is before the Court on Plaintiff Harvey Cantrell's motions for leave to proceed in this District Court without prepaying fees or costs (Docs. 4, 5). A federal court may permit an indigent party to proceed *in forma pauperis*, that is, without prepayment of fees or costs, as long as the action is not clearly frivolous or malicious. 28 U.S.C. § 1915(a)(1). The test for determining whether an action is clearly frivolous is whether the plaintiff can make a rational argument on the law or facts in support of the claim. *Neitzke v. Williams*, 490 U.S. 319, 325 (1989); *Corgain v. Miller*, 708 F.2d 1241, 1247 (7th Cir. 1983).

The Court is satisfied from Cantrell's affidavit that he is indigent. Furthermore, the Court does not find anything in the file to indicate that this action is frivolous or malicious. Therefore, the Court **GRANTS** the motion to proceed without prepayment of fees and costs (Docs. 4, 5). The Court notes, however, that it may dismiss the case pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) should it become apparent in the future that the action is frivolous or malicious.

If Cantrell wishes the United States Marshals Service to serve process in this case, the Court **DIRECTS** him to provide to the United States Marshals Service the summons issued in this case, the appropriately completed USM-285 forms, and sufficient copies of the complaint for service.

The Court further **DIRECTS** the United States Marshal, upon receipt of the aforementioned documents from Cantrell and pursuant to Federal Rule of Civil Procedure 4(c)(3), to serve a copy of the summons, complaint, and this order upon Defendant Commissioner of Social Security, the United States Attorney for the Southern District of Illinois, and the Attorney General of the United States, Washington, D.C., in the manner specified by Federal Rule of Civil Procedure 4(i)(1) & (2), as directed by Plaintiff. Costs of service shall be borne by the United States.

**IT IS SO ORDERED.**

**DATED:   January 13, 2022**

_____
**NANCY J. ROSENSTENGEL**
**Chief U.S. District Judge**