IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

HARVEY C.,[1]
                        Plaintiff,

v.                                                           Case No. 3:21-CV-01282-NJR

COMMISSIONER OF SOCIAL
SECURITY, Frank J. Bisignano,[2]

                        Defendant.

## MEMORANDUM AND ORDER

**ROSENSTENGEL, District Judge:**

This matter is before the Court on *pro se* Plaintiff Harvey C.'s newest filing, which he has titled "This is to reopen for resan's [sic] of misconduct." (Doc. 48). Last week, the Court denied Harvey's previous frivolous motion to reopen this long-since closed case. (Doc. 44). As explained below, this frivolous motion is also denied.

In his newest screed, Harvey continues to rail against this Court, the undersigned, Chief Judge Jeffrey U. Beaverstock of the Southern District of Alabama, the Commissioner of Social Security, and miscellaneous others. (Doc. 48). To give a brief flavor of his motion: among other things, Harvey insists that this Court has violated federal law and "lie[d] it [sic] ass off" to cover up fraud and refuse to enforce a 1999 court order. *Id.* at 2–3. He promises this Court is "goind [sic] down" because it "want's [sic] to

---

[1] Plaintiff's full name will not be used in this Memorandum and Order due to privacy concerns. See FED. R. CIV. P. 5.2(c) and the Advisory Committee Notes thereto.

[2] Frank J. Bisignano is the current Commissioner of Social Security. *See* FED. R. CIV. P. 25(d).

say what it did was leagl [sic] when was [sic] a bunch of hog whash [sic]." *Id.* at 3–4. (This is a theme with him.) (*See* Doc. 44, at 3, 6). He warns this Court to "hang on tight" because this Court has "violated so many laws that it isn't funny." *Id.* at 3–4. He closes with a lament:

> I may not be able to lock you up judge NJR but I sure can get you kicked out of office interference in a federal case that you new [sic] you had no jurisdiction from the strat [sic] filed [sic] to uphold the summonses issued by the federal court's [sic] of [Alabama] you have made a mockery of a federal case you and the Commisoner [sic].

*Id.* at 4.

To borrow from Harvey, this is all hogwash. His ravings reveal a conspiratorial belief that this Court is trying to prevent him from reopening his case in the Southern District of Alabama. Nothing could be further from the truth. As far as this Court is concerned, Harvey is perfectly free to file a motion to reopen his case in the Southern District of Alabama. The undersigned is not stopping him. He simply cannot reopen *this* case in *this* District, for the reasons this Court already explained last week. (Doc. 44). After his case was transferred here, he refused to participate in the judicial process and willfully disobeyed Court orders. Accordingly, his case in this District was thrown out—three years ago. It is far too late to ask (or, more accurately, threaten) this Court to reopen it, even if his arguments about jurisdiction weren't obviously "fantastic and delusional." *Dix v. Unknown TSA Agent No. 1*, 588 F. App'x 499, 499 (7th Cir. 2015) (citing *Neitzke v. Williams*, 490 U.S. 319, 327–28 (1989)).

If Harvey wants to ask the Southern District of Alabama to reopen this case and assign it to Magistrate Judge Bradley Murray, he is (from the perspective of this Court)

more than welcome to do so. This Court will not stop him. But he must stop wasting this Court's time with frivolous filings. He has already been warned twice. Enough is enough. If he files *anything else* in this case, he will face sanctions.

For these reasons, Plaintiff Harvey C.'s motion to reopen (Doc. 48) is **DENIED**.

**IT IS SO ORDERED.**

**DATED:   June 17, 2026**

**NANCY J. ROSENSTENGEL**
**United States District Judge**